# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL KEITH HENLEY,<br><br>                Movant,<br>vs.<br>UNITED STATES OF AMERICA,<br><br>                Respondent. | 5:18-CV-05005-KES<br><br>JUDGMENT |

Under to the Order Adopting the Report and Recommendation and Dismissing Motion, it is

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of respondent and against movant, Michael Keith Henley.

Dated April 3, 2018.

                                    BY THE COURT:

                                    /s/ *Karen E. Schreier*
                                    KAREN E. SCHREIER
                                    UNITED STATES DISTRICT JUDGE